DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MASCHELLE ADRIANNE PUGH,**
Appellant,

v.

**ERIC PAUL PUGH,**
Appellee.

No. 4D2025-1825

[April 16, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Rebecca White, Judge; L.T. Case No. 562024DR000181AXXXHC.

Maschelle Adrianne Pugh, Jupiter, pro se.

Scott D. Glassman of Law Office of Scott Glassman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***